May 21, 2020

of Not Guilty by reason of Insanity had been withdrawn.

Clear record of the proceedings, which the Court by law must accept as true showing of convincing evidence of improper motive for falsification of dates of proceedings.

The law is plain and upheld by previous judges regarding illegal Insanity pleads heard by the jury. Once the Court discovered the insanity plea was wrongfully entered by Officer's Of the Court's conflict of interest, it was the Constitutional duty of the Judge to DECLARE MISTRIAL upon ordering the illegal plea withdrawn.

The way the transcript's has been distorted, and word twisted, no reviewing judge would know the bell ringing in the jury box caused by the false and incriminating Pleads during the original trial May 27, 1963 and July 1965 second trial for the same offense.

This Court must take judicial Notice to the Clerk's Minute's dated May 27, 1963 in these proceedings which Shows officer's of the Court entering guilty plea to the Charge of kidnap to rob, in my behalf, over my expressed objection. Jury tampering jump out at you- including Motive for the degradting false pleads. There was no sufficient evidence to support the conviction.

The false conviction goes into prisoners, myself included finding ourselves placed under the most egregious, inhumane that we can find ourselves. Doctored Transcripts come from connecting with the Prison Industrial operated by a Jim Crow computor that in every wrong way justify wrongs

May 21, 2020                                    4

all hidden out of public sight.

Much the same as the false Insanity plea, the CDC Computer lay-out, without a doubt, advances the oppressor's agenda.

The jury voted guilty in confidence in the plea of insanity.

Original trial in 1963, I testified and presented eye-witnesses evidence of Innocence, yet the jury voted guilty in confidence in the officer's of the Court's false guilty plea.

### DENIED LAWYER ASSISTANCE

Evidence shows that I had no legal assistance against the false pleads in court. I have no lawyer assistance against the CDC Computer degradation of my charter. The jury was instructed on the guilty and insanity pleads during each trial. The public is decades instructed on the CDC Computer hype about Magee being threat to public if ever released by the parole Board. **The CDC Arbitrary Computer is threat to Public.**

### CONCLUSION

Since this Court has authority to go by the law book, let the Governor of California know if this Court believe this matter is ripe for a Full Pardon already requested.

I certify under penalty of perjury the foregoing is true and correct. Dated: May 21, 2020.

*Ruchell Magee*
Ruchell Cinque Magee

July 14, 2020

Office of Clerk
SUPREME COURT OF CALIFORNIA
350 McAllister St.
San Francisco, CA 94102

RE: Habeas Corpus

Respectable Clerk C/o Presiding Judge,

It is requested that you direct the honorable Clerk of Court to:

Record sufficient copies of the Habeas Petition and Exhibits attached for all parties of interest- including provide your petitioner copy...

I do not have access to the prison law library at this time to get copies made in this matter.

Thanks;

Very Truly;

Ruchell Magee
CNF, A92051 # T-115
P.O. Box 2000
Vacaville, CA 95696

cc

Enclosures

RECEIVED
JUL 21 2020
CLERK SUPREME COURT